# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JAMIEL JOHNSON, PRISONER AT SCI CAMP HILL, PA, | : | No. 79 EM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| PRESIDENT JUDGE SHEILA WOODS-SKIPPER OF PHILADELPHIA COUNTY COMMON PLEAS COURT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 16th day of August, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.